McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEST HILLS COMMUNITY COLLEGE FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH A. UREMOVIC, Trustee Under Agreement Dated May 7, 1977, as amended; RICHARD V. GUNNER; GEORGE ANDROS; COUNTY OF FRESNO; UNITED STATES OF AMERICA, DISTRICT DIRECTOR OF INTERNAL REVENUE; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 1:07-cv-01486-LJO-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF UNITED STATES OF AMERICA AND REMAND** |

      Plaintiff, West Hills Community College Foundation ("West Hills"), and Defendant United States of America, District Director of Internal Revenue ("United States") hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

1

1.   The Internal Revenue Service filed with the Fresno County Recorder certain notices of federal tax liens against Joseph A. Uremovic as follows:  Serial No. 770269420, dated December 23, 2002, and recorded January 6, 2003, in the amount of $152,329.95; Serial No. 770371254, dated March 6, 2003, and recorded March 17, 2003, in the amount of $131,337.25; Serial No. 214160005, dated February 14, 2005, and recorded February 23, 2005, in the amount of $193,057.83; Serial No. 291750806, dated May 16, 2006, and recorded June 2, 2006, in the amount of $8,265.38; and Serial No. 342685007, dated January 30, 2007, and recorded February 12, 2007, in the amount of $55,153.95 (the "Federal Tax Liens").

2.   On or about July 18, 2007, West Hills filed in the Superior Court of California, County of Fresno, its Complaint for Specific Performance, Breach of Contract, Declaratory Relief, Quiet Title and Fraudulent Inducement of Contract (the "Complaint").

3.   West Hills alleges that on or about November 15, 1995, Uremovic, as Trustee under an agreement dated May 7, 1977, granted to West Hills an exclusive, irrevocable option to purchase (the "Option to Purchase") certain real property described as follows: Lots 27 to 32, inclusive, in Block 39 of the town of Firebaugh, according to the Map thereof recorded in Book 1, Page 13 of Miscellaneous Maps, Fresno County Records, together with the portion of the abandoned canal running through a portion of said lots (the "Property").

4.   West Hills alleges that by virtue of the Option to Purchase, Uremovic was divested of his interest in the Property

as of November 15, 1995, such that any subsequent liens or encumbrances, including the Federal Tax Liens, could not attach.

5.   Uremovic has answered the Complaint by denying its material allegations and asserting, among other things, that West Hills failed to timely exercise the Option to Purchase.

6.   On October 11, 2007, the United States removed the case to this Court pursuant to 28 U.S.C. §§ 1340, 1441 and 1442.

7.   To the extent the Option to Purchase is enforceable and West Hills timely and properly exercised the Option to Purchase, such that Uremovic may be compelled to convey title to West Hills, West Hills' interest in the Property primes the Federal Tax Liens, and the United States has no right, title or interest in the Property.

8.   To the extent that West Hills failed to timely and properly exercise the Option to Purchase, or the Option to Purchase is otherwise invalid or unenforceable, this Stipulation and Order shall have no force or effect with respect to the interest of the United States in the Property.

9.   This Stipulation and Order shall have no force or effect with respect to the Federal Tax Liens except as expressly set forth in the preceding paragraphs.

10.   The United States is DISMISSED WITHOUT PREJUDICE from this litigation.  Because the United States is no longer is a party, the action is hereby REMANDED to the Superior Court, Fresno County.

11.   The United States may intervene in this action at any time, subject to the Superior Court's approval, and West Hills shall not object to its intervention.

1       12.  The Court's Clerk, or, if the Court does not mail
2  it, West Hills' counsel, immediately upon receipt, shall mail to
3  the United States Attorney's Office a copy of any final order or
4  judgment that decides or resolves any property interests or lien
5  priorities in the Property.

                                  Respectfully submitted,

Dated: November 16, 2007.         McGREGOR W. SCOTT
                                  United States Attorney


                                  By:  /s/ Benjamin E. Hall
                                       BENJAMIN E. HALL
                                       Assistant U.S. Attorney
                                       Attorneys for Defendant
                                       United States of America

Dated: November 16, 2007.         MARDEROSIAN, RUNYON, CERCONE,
                                  LEHMAN & ARMO


                                  By:  /s/ Sue Ann Cercone
                                       (As authorized on 11/16/07)
                                       SUE ANN CERCONE
                                       Attorneys for Plaintiff, West
                                       Hills Community College
                                       Foundation


                              **ORDER**

     This Court:

     1.  DISMISSES without prejudice defendant United States of
         America;

     2.  ORDERS the parties to abide by the above stipulation;
         and

     3.  DIRECTS the clerk to take necessary steps to remand
         this action to the Fresno County Superior Court and to
/ / /

4

```
        close this action.
        IT IS SO ORDERED.
```

**Dated:    November 16, 2007**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE